**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: R.B., A MINOR

PETITION OF: G.B., FATHER

: No. 407 WAL 2016
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.